AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
### SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| LORRAINE INGRASSIA, *Plaintiff(s)* | ) ) ) ) ) ) |
| v. | ) ) Civil Action No. ) |
| NCL (BAHAMAS) LTD., a Bermuda Company, d/b/a NORWEGIAN CRUISE LINE, *Defendant(s)* | ) 22-CV-23400  ALTONAGA ) ) ) ) ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  NCL (BAHAMAS) LTD.
A BERMUDA COMPANY
d/b/a NORWEGIAN CRUISE LINE
7665 Corporate Center Drive
Miami, FL  33126

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Luis R. Gracia, Esquire
Rue & Ziffra
632 Dunlawton Avenue
Port Orange, FL  32127

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Oct 19, 2022



Angela E. Noble
Clerk of Court

SUMMONS

*s/ Patricia Curtis*
Deputy Clerk
U.S. District Courts