**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-23400-CIV-ALTONAGA/Damian**

**INGRASSIA LORRAINE**,

      Plaintiff,

vs.

**NCL BAHAMAS LTD.**,

      Defendant.

_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*.  Federal Rule of Civil Procedure 4(m) requires service of summons and complaint to be perfected upon defendants within 90 days after the filing of the complaint.  Plaintiff filed this action on October 19, 2022, and to date, there is no indication in the court file that Defendant has been served with the summons and Complaint. Therefore, on or before **January 17, 2023**, Plaintiff shall perfect service upon the Defendant or show cause why this action should not be dismissed for failure to perfect service of process. Failure to file proof of service or show good cause by January 17 will result in a dismissal without prejudice and without further notice.

**DONE AND ORDERED** in Miami, Florida, this 9th day of November, 2022.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record