UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-CV-23400-CMA

LORRAINE INGRASSIA,

    Plaintiff,

vs.

NCL (BAHAMAS) LTD,
A Bermuda Company d/b/a
NORWEGIAN CRUISE LINE,

    Defendant.
_____/

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's interested persons order:

1.) The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable entities to any party in the case:

    LORRAINE INGRASSIA, Plaintiff

    LUIS R. GRACIA, Counsel for Plaintiff

    RUE & ZIFFRA, Counsel for Plaintiff

    NCL (BAHAMAS) LTD, a Bermuda Company, d/b/a NORWEGIAN CRUISE LINE, Defendant

    TODD SUSSMAN, Counsel for Defendant

2.) The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    None.

3.) The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors:

None.

4.) The name of each victim (individual and corporate), including every person who may be entitled to restitution:

LORRAINE INGRASSIA

5.) Check one of the following:

a**. X**   I certify that I am unaware of any actual or potential conflict of interest involving the District Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

|  |  |
|---|---|
| December 2, 2022<br>Date | s/Luis R. Gracia<br>Luis R. Gracia, Esquire<br>632 Dunlawton Avenue<br>Port Orange, Florida 32127<br>FBN:  0152943<br>(386) 788-7700<br>(386) 788-8707 facsimile<br>Attorney for Plaintiff<br>Email: lgracia@rueziffra.com<br>            TerriG@rueziffra.com |

**CERTIFICATE OF SERVICE**

I HEREBY certify that on December 2, 2022, I electronically filed a copy of this CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT with the Clerk of the Court by using the CM/ECF system

<u>s/Luis R. Gracia</u>
Luis R. Gracia, Esquire
632 Dunlawton Avenue
Port Orange, Florida 32127
FBN: 0152943
(386) 788-7700
(386) 788-8707 facsimile
Attorney for Plaintiff
Email: Lgracia@rueziffra.com
         TerriG@rueziffra.com
