UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-23400-CIV-ALTONAGA/Damian

**LORRAINE INGRASSIA**,

    Plaintiff,
v.

**NCL BAHAMAS LTD.**,

    Defendant.
_____/

# ORDER

**THIS CAUSE** came before the Court *sua sponte*. On November 16, 2022, the Court entered an Order Requiring Scheduling Report and Certificates of Interested Parties [ECF No. 6], requiring the parties to submit a joint scheduling report, certificates of interested parties, and corporate disclosure statements by December 7, 2022. To date, Defendant, NCL Bahamas Ltd., has not submitted a certificate of interested parties and corporate disclosure statement; and it has not requested an extension of time to do so. Accordingly, and as a sanction for its non-compliance, it is

**ORDERED** that Defendant, NCL Bahamas Ltd.'s Motion to Dismiss **[ECF No. 7]** is **DENIED**.

**DONE AND ORDERED** in Miami, Florida, this 8th day of December, 2022.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record